WILLIAM LAY et al., Respondents, *v.* MICHAEL DOYLE, Appellant.

*Lay* v. *Doyle,* 94 App. Div. 613, affirmed.
(Argued November 28, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 2, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*James M. E. O' Grady* for appellant.

*Philetus Chamberlain* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

UNION NATIONAL BANK OF LEWISBURG, PENNSYLVANIA, Respondent, *v.* MARY C. LEARY, as Administratrix of the Estate of JAMES D. LEARY, Deceased, Appellant.

*Union National Bank* v. *Leary,* 95 App. Div. 381, affirmed.
(Argued November 28, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Alfred A. Cook* and *Leopold· Wallach* for appellant.

*Clifford W. Hartridge* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT and WERNER, JJ. Dissenting: CULLEN, Ch. J., and VANN, J.